IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: FANSTEEL INC., ET AL.,[1] | ) | |
| | ) | |
| Fansteel Inc. | ) | |
| | ) | |
|     Plaintiff | ) | Civil Action No. 04-503 (JJF) |
| | ) | |
| v | ) | |
| | ) | |
| A Finkl & Sons Co. | ) | |
| | ) | Adversary Case No. 04-51045 |
|     Defendant | ) | Bankruptcy Case No. 02-10109 (JJF) |

**CERTIFICATE OF SERVICE**

I, Sandra G. McLamb, hereby certify that on the 26th day of May 2005, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF DISMISSAL WITH PREJUDICE OF COMPLAINT**

_____
Sandra G. McLamb (Bar No. 4283)

---

[1] The Reorganized Debtors are the following entities: Fansteel Inc. and Wellman Dynamics Corp.

27311-002\DOCS_DE:106824.1

**SERVICE LIST FOR**
**A. FINKL & SONS CO.**

***Hand Delivery***
(Counsel for A. Finkl & Sons Co.)
Thomas C. Marconi, Esquire
Losco & Marconi, P.A.
1813 N. Franklin Street
Wilmington, DE 19899

***First Class Mail***
(Counsel for A. Finkl & Sons Co.)
Leslie D. Locke, Esquire
McGuire Woods LLP
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601

Fansteel Service List for Settlements Adversaries
Document No. 95271
01 – Hand Delivery
04 – First Class mail

*Hand Delivery*
David Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

*First Class Mail*
(Debtors)
Michael McEntee, CFO
Fansteel Inc.
One Tantalum Place
North Chicago, IL  60064

*First Class Mail*
(Counsel for Debtors)
David J. Ciminesi, Esquire
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

*First Class Mail*
(Counsel for the Committee of Unsecured Creditor)
Frances Gecker, Esquire
Frank/Gecker LLP
325 North Lasalle Street
Suite 625
Chicago, Illinois 60602

*First Class Mail*
(Counsel for Fansteel, Inc.)
Jason S. Pomerantz, Esquire
Steven J. Kahn, Esquire
Pachulski, Stang, Ziehl,
Young, Jones & Weintraub P.C.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100